UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  Criminal No. 3:19-cr-00189-KAD

v.

Paul M. Camara, Jr

SCHEDULE A TO RESTITUTION ORDER

Restitution in the total amount of $313,121 shall be paid to the victims *pro rata* as follows:

| Victim Name | Restitution | Contact |
| --- | --- | --- |
| City of Bridgeport | $168,750 | Christopher Meyer<br>Office of the City Attorney<br>Margaret E. Morton Government Center<br>999 Broad Street<br>Bridgeport, CT 06604<br>RChristopher.Meyer@bridgeportct.gov<br>203-576-7647 |
| City of West Haven | $91,855 | Lee K. Tiernan<br>City of West Haven<br>Office of the Corporation Counsel<br>355 Main Street, 3rd Floor<br>West Haven, CT 06516<br>203-937-3604<br>ltiernan@westhaven-ct.gov |
| Liuna Training and Education Fund | $1,073 | James S. Ray<br>Law Office of James S. Ray, PLLC<br>108 North Alfred St., 3rd Floor<br>Alexandria, VA 22314<br>Jrayraylaw@aol.com<br>703-836-8111 |
| Stamford Hospital | $43,917 | Erik Stockman<br>Stockman O'Connor PLLC<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-988-5794<br>estockman@stockmanoconnor.com |

| | | |
|---|---|---|
| Yale New Haven Health | $1,515 | Matthew McKennan<br>Yale New Haven Hospital<br>Corporate & Regulatory<br>20 York Street<br>New Haven, CT 06510<br>203-688-7361<br>Matthew.McKennan@ynhh.org |
| Yale University | $6,011 | Gregory Bok<br>Associate General Counsel<br>PO Box 208255<br>New Haven, CT 06520<br>203-432-0478<br>Gregory.Bok@yale.edu |