# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL M. CAMARA, Jr.,<br><br>        Defendant. | Criminal Action No.:<br><br>3:19-CR-00189-KAD |

## MOTION TO FILE UNDER SEAL

Defendant Paul M. Camara, Jr. respectfully moves for permission to file Transcript Redaction Request under seal. As grounds for this motion, Defendant states the Transcript Redaction Request contains private and sensitive health information Mr. Camara's children and an employee's child. Counsel for United States of America has no objections to the Defendant's requested redactions.

                                                **PAUL M. CAMARA, JR., Defendant**

                                                By his Attorneys,
                                                COHEN KINNE VALICENTI & COOK LLP

                                                */s/ Jesse Cook-Dubin*
                                                Jesse Cook-Dubin (phv)
                                                28 North Street, 3rd Floor
                                                Pittsfield, MA 01201
                                                Telephone (413) 443-9399
                                                cookdubin@cohenkinne.com

# CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2023.

                            */s/ Jesse Cook-Dubin*
                            Jesse Cook-Dubin